IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES E. ADAMS, | ) | No. C 12-3729 LHK (PR) |
| Plaintiff, | ) ) | ORDER DIRECTING PLAINTIFF TO COMPLY WITH |
| v. | ) ) | COURT ORDER OR FACE DISMISSAL FOR FAILURE TO |
| SAN FRANCISCO POLICE DEPARTMENT, et al., | ) ) ) | PROSECUTE |
| Defendants. | ) | |

Plaintiff, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. (Docket No. 1.) Plaintiff also filed an application for leave to proceed *in forma pauperis*. (Docket No. 2.) On the same day, the Clerk of the Court sent a notice to Plaintiff informing him that his application was deficient because it did not contain a copy of his trust account statement showing transactions for the last six months. (Docket No. 3.) Plaintiff was warned that if he did not respond within thirty (30) days, his action would be dismissed. The notice was returned to the Court because the Plaintiff was released from custody. (Docket No. 4.)

Plaintiff has not notified the Court of his current address. Pursuant to the Civil Local Rules of this district, "a party proceeding *pro se* whose address changes while an action is pending must promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address." *See* Civ. L. R. 3-11(a). Plaintiff has a continuing obligation to prosecute, and must keep the Court and all parties informed of any change of address, and must comply with the Court's orders in a timely fashion, or face dismissal pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff has failed to inform the

Order Directing Plaintiff to Comply with Court Order or Face Dismissal for Failure to Prosecute
G:\PRO-SE\SJ.LHK\CR.12\Adams729not41b.wpd

1 Court of his current address.  Therefore, the instant action is subject to dismissal for failure to
2 prosecute.  Accordingly, the Court hereby orders as follows:

3     Within **twenty** days of the date this order is filed, Plaintiff shall notify the Court of his
4 current address and whether he intends to proceed with the prosecution of this action.  If Plaintiff
5 fails to do so, the action will be dismissed for failure to prosecute, based on Plaintiff's failure to
6 comply with the Court's orders.

7     The Clerk shall mail a copy of this order to the address provided by Plaintiff at the San
8 Francisco Sheriff's Office, Prisoner Legal Services, 555 7th Street, 201, San Francisco, CA
9 94103.

10     IT IS SO ORDERED.
11 DATED: 9/6/12

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Directing Plaintiff to Comply with Court Order or Face Dismissal for Failure to Prosecute
G:\PRO-SE\SJ.LHK\CR.12\Adams729not41b.wpd     2