IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. ADAMS, ) | No. C 12-3729 LHK (PR) |
| Plaintiff, ) | JUDGMENT |
| v. ) | |
| SAN FRANCISCO POLICE DEPARTMENT, et al., ) | |
| Defendants. ) | |

    The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

    IT IS SO ORDERED.

DATED: 11/15/12

LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\SJ.LHK\CR.12\Adams729jud.wpd